No. 314, Misc. McGEE *v.* INTERNATIONAL LIFE INSURANCE Co. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Civil Appeals of Texas, First Supreme Judicial District,

granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Arthur J. Mandell* for petitioner. *Stanley Hornsby* for respondent.